UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv217

| | | |
|---|---|---|
| DARRELL GAINES, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | ORDER |
| LOUIS TOMASETTI, Officer, Asheville Police Department; and | ) | |
| JUSTIN CLINARD, Officer, Asheville Police Department, | ) | |
| Defendants | ) | |

**THIS MATTER** is before the Court sua sponte. The Court's previous order (Doc. No. 39) directed Mr. Curtis W. Euler, Esquire, to contact the Asheville Police Department, secure an accurate mailing address for former officer J. Clinard, and file that information under seal with the Court within twenty days. (Id. at 6, ¶ 9). Mr. Euler, however, was replaced as counsel for the defendant by Mr. Robert Waring Oast, Jr., in February 2010. The Court has been informed that Mr. Oast received the Court's Order and is complying with it.

**IT IS, THEREFORE, ORDERED** that (Doc. No. 39) is amended to direct Mr. Oast, rather than Mr. Euler, to comply with ¶ 9 of that Order.

Signed: November 29, 2010

Robert J. Conrad, Jr.
Chief United States District Judge